**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIA LAPINA,<br>Plaintiff<br>v.<br>WINTERWOOD SENIORS II LLC, et al.,<br>Defendants | Case No.: 2:26-cv-02217-APG-NJK<br>**Order** |

Plaintiff Natalia Lapina has filed motions for a temporary restraining order and preliminary injunction. ECF Nos. 3; 4. I will not consider these motions on an ex parte basis. Lapina must properly serve the defendants with the summons and complaint, and they must appear (or default) before I will address the motions. "[S]ervice of process is the means by which a court asserts its jurisdiction over the person." *Sec. & Exch. Comm'n v. Ross*, 504 F.3d 1130, 1138 (9th Cir. 2007). If proper service of process is not accomplished, I lack the power to render a judgment against a defendant. *Id.* at 1138-39. I refer Lapina to Federal Rule of Civil Procedure 4 on how to properly serve the defendants.

DATED this 22nd day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE