**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Natalia Lapina,

Plaintiff(s),

v.

Winterwood Seniors II LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02217-APG-NJK

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete in several important aspects. Indeed, the entire second page is left blank, which omits information that includes Plaintiff's available money and assets, as well as her expenses. Docket No. 1 at 2. In addition, Plaintiff has not signed the application. *See id.* In light of the above, the Court **DENIES** without prejudice Plaintiff's application to proceed *in forma pauperis*. No later than August 14, 2026, Plaintiff must either pay the filing fee or file a fully-completed application to proceed *in forma pauperis*. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE**.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge