**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Natalia Lapina,

Plaintiff(s),

v.

Winterwood Seniors II LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02217-APG-NJK

**ORDER**

[Docket No. 10]

Pending before the Court is Plaintiff's renewed application to proceed *in forma pauperis*. Docket No. 10. Plaintiff has shown an inability to prepay fees and costs or give security for them. Accordingly, the application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(a). Plaintiff shall not be required to pay the filing fee. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. This order granting leave to proceed *in forma pauperis* shall not extend to the issuance and/or service of subpoenas at government expense. The Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket.

Upon granting an application to proceed *in forma pauperis*, courts additionally screen the complaint pursuant to § 1915(e). Concurrently herewith, the Court will screen Plaintiff's claim for injunctive relief. The Court will otherwise screen Plaintiff's damages claims in the ordinary course. As to the damages claims, Plaintiff is advised that screening may take many months given the competing duties and large caseload of the undersigned. *See* Docket No. 2 at 1.[1]

IT IS SO ORDERED.

Dated: August 3, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Although the complaint is being docketed, it is premature at this time to issue summonses until the screening process has been completed.