**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIA LAPINA,<br><br>Plaintiff<br><br>v.<br><br>WINTERWOOD SENIORS II LLC, et al.,<br><br>Defendants | Case No.: 2:26-cv-02217-APG-NJK<br><br>**Order Accepting Magistrate Judge's Recommendation, Dismissing Request for Injunctive Relief, and Denying Motions for Injunctive Relief**<br><br>[ECF Nos. 3, 4, 15] |

Natalia Lapina filed this lawsuit requesting, among other things, injunctive relief to stop a state court eviction proceeding. ECF No. 18 at 9. She also filed two motions requesting the same injunctive relief. ECF Nos. 3, 4. I previously ruled that I would not consider the motions on an ex parte basis and that Lapina must serve the defendants with the summons and complaint. ECF No. 5. It appears she still has not served the defendants. Subsequently, Magistrate Judge Koppe entered a report recommending that Lapina's request for injunctive relief be dismissed. ECF No. 15. Lapina filed an objection to that recommendation. ECF No. 19. I have conducted a de novo review of Judge Koppe's recommendation as required by Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analyses and factual bases for the recommendation.

I THEREFORE ORDER that Magistrate Judge Koppe's Report and Recommendation **(ECF No. 15) is accepted** and approved in its entirety. Defendant Lapina's request for injunctive relief in her complaint is dismissed. In addition, because Lapina's motions for injunctive relief suffer from the same problems pointed out by Judge Koppe, she has not shown a

/ / / /

likelihood of success on the merits of her claim for injunctive relief. I therefore deny her motions for temporary restraining order and preliminary injunction (ECF Nos. 3, 4).

DATED this 29th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE