**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Natalia Lapina,<br>Plaintiff(s),<br>v.<br>Winterwood Seniors II LLC, et al.,<br>Defendant(s). | Case No. 2:26-cv-02217-APG-NJK<br>**ORDER**<br>[Docket No. 22] |

Pending before the Court is Plaintiff's motion to expedite screening. Docket No. 22.[1] Each judge in this courthouse has hundreds of civil cases pending, as well as criminal cases. Plaintiff has been advised that the screening process may take several months. *See, e.g.*, Docket No. 2 at 1; Docket No. 15 at 1 n.1. The Court has not been persuaded to expedite the remaining screening of Plaintiff's claims. Accordingly, the Court **DENIES** Plaintiff's motion to expedite screening.

In addition to the above, Plaintiff is advised that she must sign her motions in the future. *See* Fed. R. Civ. P. 11(a).

IT IS SO ORDERED.

Dated: October 13, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court has already screened Plaintiff's claim for injunctive relief, which has been dismissed. Docket Nos. 15, 21. Hence, screening remains only as to the damages claims. *See* Docket No. 15 at 1 n.1.