**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATALIA LAPINA,

Plaintiff

v.

WINTERWOOD SENIORS II LLC, et al.,

Defendants

Case No.: 2:26-cv-02217-APG-NJK

**Order Denying Emergency Ex Parte Motion for Mandatory Preliminary Injunction**

[ECF No. 25]

Plaintiff Natalia Lapina moves for an emergency ex parte motion for a mandatory preliminary injunction against defendant Southern Nevada Regional Housing Authority (SNRHA) to reinstate her housing voucher that SNRHA terminated as of September 2, 2026. ECF No. 25. However, Lapina provides no legal argument or evidence to support her motion. Under Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Lapina's motion also does not satisfy the requirements of Local Rule IA 7-2(b) because "[a]n ex parte motion or application must articulate the rule that permits ex parte filing and explain why it is filed on an ex parte basis." Finally, the motion does not comply with Local Rule 7-4 for emergency motions. I refer Lapina to the Local Rules on the court's website: https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf.

I THEREFORE ORDER that plaintiff Natalia Lapina's emergency ex parte motion for a mandatory preliminary injunction (ECF No. 25) is DENIED.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE